FILED
2017 May-12 AM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARSHALL VAN REED,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:15-cv-00793-RDP-JHE |
| **CORIZON HEALTH, et al.,** | } |
| Defendants. | } |

## MEMORANDUM OPINION

On April 26, 2017, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that all claims against Dr. Roddam; the Eighth Amendment medical care claims against Defendant Hood which arose between November 2013 and October 8, 2014; the Eighth Amendment medical care claims against Defendants Butler and Corizon; and the Fourteenth Amendment equal protection claims against Defendants Corizon and Hood are due to be dismissed. Plaintiff's Eighth Amendment medical care claims against Defendant Hood based on conduct occurring after October 2014, and his state law medical negligence claims against Defendants Hood, Butler, and Corizon are referred to the magistrate judge for further proceedings.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this May 12, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE